The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

∎

Carlo PICCININO, Plaintiff/Respondent,

v.

The CITY OF ST. LOUIS, BOARD OF BUILDING APPEALS, Defendant/Appellant.

No. 68394.

Missouri Court of Appeals, Eastern District, Division Four.

May 7, 1996.

Tyrone A. Taborn, James L. Matchefts, St. Louis, for appellant.

Alan J. Baker, St. Louis, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and SIMON, JJ.

### ORDER

PER CURIAM.

The Board of Building Appeals of the City of St. Louis appeals the judgment of the circuit court reversing the board's denial of appeals by petitioner Carlo Piccinino concerning a notice of condemnation and a notice of code violations issued on properties owned by petitioner.

The trial court did not err in finding the board's decision was not supported by competent and substantial evidence. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

∎

STATE of Missouri, Plaintiff/Respondent,

v.

Roderick MARTIN, Defendant/Appellant.

Roderick MARTIN, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

Nos. 65241, 67780.

Missouri Court of Appeals, Eastern District, Division One.

May 7, 1996.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of possession of a controlled substance, § 195.202, RMSo 1994. The trial court sentenced him as a prior drug offender to ten years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).